**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO A. NUNEZ, | NO. CV 20-7429-DMG(E) |
| Petitioner, | |
| v. | JUDGMENT |
| MR. W.S. PLILER, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition and action are dismissed without leave to amend but without prejudice.

DATED: October 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE